IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Nayna Patel | ) | |
| Vinod Patel | ) | Case No: 16-11274-SDB |
| 3039 Washington Road | ) | |
| Augusta, GA 30907 | ) | |

Debtors

### TRUSTEE'S SECOND OBJECTION TO CONFIRMATION

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtors' proposed plan.

The specific deficiency is:

1. The Chapter 13 Plan does not provide for the correct Applicable Commitment Period, and is not in compliance with 11 U.S.C. Sections 1325(b)(1)(B), 1325(b)(4)(B).

WHEREFORE, said Trustee prays that the Court deny confirmation of Debtors' proposed plan.

This 11th day of January 2017.

/s/ Cortney Elam
Cortney Elam, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 143688

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Trustee's Second Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtors and the parties whose name appears below, on the 11th day of January 2017.

/s/ Yvonne Ogbuefi
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Klosinski Overstreet, LLP
Attorney At Law
#7 George C. Wilson Court
Augusta, GA 30909