# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | ) | |
| NANYA PATEL AND VINOD PATEL, | ) | Case No. 16-11274 |
| | ) | Chapter 13 |
| Debtor | ) | |

## ORDER ON MOTION FOR PRELIMINARY APPROVAL OF U.S. SMALL BUSINESS ADMINISTRATION OFFER-IN-COMPROMISE

The within and foregoing Motion for Preliminary Approval of U.S. Small Business Administration Offer-in-Compromise ("Debtors' Motion") seeks preliminary approval of an offer to the SBA Creditor wherein (1) Debtors would pay Creditor $30,000 in cash and (2) Debtors would sell their 2007 Lexus EX 350 and 2007 Toyota Tundra and remit all of the net proceeds to the SBA or, alternatively, should the SBA and/or Creditor prefer, Debtors would transfer title to the 2007 Lexus Ex 350 and 2007 Toyota Tundra to the Creditor as having been considered, and

Debtors' Motion having been considered and it appearing to the Court that the preliminary approval of the U.S. Small Business Administration Offer-in-Compromise is necessary and beneficial to the interest of this estate,

IT IS THEREFORE ORDERED, that the Debtor's Motion for Preliminary Approval of U.S. Small Business Administration Offer-in-Compromise is hereby GRANTED.

**[END OF DOCUMENT]**

Presented by:

/s/ Charles W. Wills
Charles W. Wills
Attorney for Creditor
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia  30909