# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia
### OFFICE OF THE CLERK

Lucinda Rauback  
Clerk of Court

125 Bull Street, Second Floor  
P. O. Box 8347  
Savannah, GA 31412  
(912) 650–4100

Meredith V Mathis  
Chief Deputy Clerk

Federal Justice Center  
600 James Brown Blvd.  
P.O. Box 1487  
Augusta, GA 30903  
(706) 823–6000

801 Gloucester Street, Third Floor  
Brunswick, GA 31520  
(912) 280–1376

August 1, 2017

Charles W. Wills  
Attorney at Law  
P.O. Box 1620  
318 Jackson Street  
Thomson, GA 30824

Re: Nayna Patel and Vinod Patel Adv 16–01032  
Case #16–11274–SDB  
Motion for Preliminary Approval of U.S. Small Business Administration Offer–in–Compromise

Dear Attorney Wills:

On June 28, 2017, a hearing was held on the matter(s) referenced above. At that hearing, an announcement was made that a consent order was forthcoming. As of today, no order has been received by the Clerk's office.

Please submit the same by August 8, 2017 or the matter(s) will be forwarded to the Judge for further action.

If you have any questions or concerns, please contact me.

Sincerely,

Jacqueline W. Bauknight  
Courtroom Deputy  
706–823–6021

*GASB–82 (rev 02/16)* **JWB**