**IT IS ORDERED as set forth below:**



Date: September 28, 2017

_____
Susan D. Barrett
United States Bankruptcy Judge

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: )<br>NANYA PATEL AND VINOD PATEL, )<br> )<br> )<br>Debtor )  ) | Case No. 16-11274-SBD<br>Adversary Case No.: 16-01032<br>Chapter 13 |

### ORDER ON AMENDED MOTION FOR PRELIMINARY APPROVAL OF U.S. SMALL BUSINESS ADMINISTRATION OFFER-IN-COMPROMISE

The Amended Motion for Preliminary Approval of U.S. Small Business Administration Offer-in-Compromise ("Debtors' Motion") sought preliminary approval of an offer to the SBA Creditor wherein (1) Debtors would pay Creditor $30,000 in cash and (2) Debtors would sell their 2007 Lexus EX 350 and 2007 Toyota Tundra and remit all of the net proceeds to the SBA or, alternatively, should the SBA and/or Creditor prefer, Debtors would transfer title to the 2007 Lexus Ex 350 and 2007 Toyota Tundra to the Creditor as having been considered, and

This Motion having come before the Court for hearing on July 7, 2017 where Debtors' Attorney and SBA Creditor's Attorney moved the Court to consider preliminarily approving the following modified Offer-in-Compromise: wherein (1) Debtors would pay Creditor $30,000 in cash and (2) Debtors would sell their 2007 Lexus EX 350 and 2007 Toyota Tundra and remit $21,500 to SBA within thirty (30) days of the $30,000 cash payment as having been considered, and

Debtors' Motion having been considered and it appearing to the Court that the preliminary approval of the U.S. Small Business Administration Offer-in-Compromise is necessary and beneficial to the interest of this estate,

IT IS THEREFORE ORDERED, that any interested party shall have 14 days from the entry of this Order to file an objection to the above amendment. If no objection is so filed, Debtor's Motion for Preliminary Approval of U.S. Small Business Administration Offer-in-Compromise as modified above is GRANTED.

**[END OF DOCUMENT]**

Presented by:

/s/ Charles W. Wills
Charles W. Wills  GA Bar No. 254329
Attorney for Debtors
PO Box 1620
Thomson, GA 30824
(t) 706-595-8100

No Opposition From:

/s/ Nathan E. Huff
Nathan E. Huff  GA Bar No. 773611
Attorney for U.S. National Bank and
Business Loan Center
Law Office of Nathan E. Huff
228 Baston Road
Augusta, GA 30907
(t) (706) 922-3104