IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of : Nanya Patel and Vinod Patel )  Chapter 13 Case
                                                )  Number  16-11274-SDB
                     Debtor(s)                  )

### TRUSTEE'S MOTION TO CONFIRM PLAN, AS AMENDED

Trustee moves that Debtor(s)' plan as amended herein be confirmed. The plan, as amended, commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan, as amended, in order to meet the liquidation test of S1325(a)(4) will pay $_____ or more to unsecured creditors.

Debtor(s)' plan is amended to

[✓] raise payments/extend plan as follows: _Debtor shall pay as a 100% dividend to unsecured creditors. This will be a 60 month case._

[✓] ~~change valuation(s) as follows~~: _Debtor will file monthly operating reports. Unsecured creditors will receive a 5.5% interest._

[ ] allow/modify/disallow claims as follows: _____

[ ] allow the following creditors a period of _____ days following confirmation to liquidate the collateral surrendered under the Debtor(s)' plan and to file any deficiency general unsecured claim subject to any party in interest's right to object to any subsequent claim: _____

[ ] retain the right to file objections by the Debtor(s) to the following claims within thirty (30) days of confirmation: _____

[✓] other: _The Claim No. 4,4-1 of Business Loan Center ["BLC"] shall be treated as contingent pending final adjudication of Adversary Case No. 16-01032 [the "Adversary"] BLC does not waive any defenses raised in the adversary and they shall survive post-confirmation._

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given.

_Cortney Elam_
Chapter 13 Trustee/Attorney for
Huon Le, Cortney Elam, Jane Miller

If applicable: _[signature]_

Debtor

Codebtor

Debtor(s)' Counsel
GA Bar # 254329

Creditor's Counsel

Creditor's Counsel

Creditor's Counsel
Attorney for Business Loan Center
GA Bar # 773611

37